2 TO CT

Reply To: GEOFFREY WILLARD ATWELL
NO. EF 4571
SCI DALLAS
1000 FOLLIES RD.
DALLAS, PA 18612-9515

DECEMBER 30, 2000

1:99-CV-7

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT   J. Rambo
MIDDLE DISTRICT OF PENNSYLVANIA
P.O. BOX 983
HARRISBURG, PA 17108-0983

FILED
JAN 3 ——
PER ———
DEPUTY CLERK

Re: RESPONSE TO COURT'S FILED ORDER OF DECEMBER 28, 2000
FOR CIVIL ACTIONS 1:CV99-0007, 1:CV99-0350, 1:CV99-1533
AND 1:CV0-0347 AND EXPLANATION FOR REQUEST FOR
DOCKET SHEETS

DEAR CLERK OF COURT:

REFERRING TO THE COURT'S DECEMBER 30, 2000 FILED ORDER, INDIGENT PRISONER PLAINTIFF, IN FORMA PAUPERIS AND COURT REQUIRED TO FUNCTION PRO SE, OFFERS THE FOLLOWING EXPLANATION FOR REQUEST FOR DOCKET SHEETS FOR EACH OF THE REFERENCED ACTIONS

1. PLAINTIFF'S 42 U.S.C. § 1983 REFERENCED ACTIONS RELATE TO DEPRIVATIONS OF PLAINTIFF'S CIVIL RIGHTS AS A PRISONER AND PLAINTIFF REQUESTS A COPY OF EACH ACTIONS' DOCKET SHEETS TO ENSURE PLAINTIFF'S CIVIL RIGHTS ARE RECEIVED.

2. PLAINTIFF HAS RECEIVED, AS A MATTER OF PA D.O.C. POLICY, CELL SEARCHES IN WHICH PLAINTIFF'S LEGAL PAPERS WERE SEARCHED PAGE-BY-PAGE AND PLAINTIFF REQUIRES TO KNOW IF PLAINTIFF HAS BEEN ABLE TO RETAIN ALL SERVED COPIES OF FILED COURT DOCUMENTS FOR EACH REFERENCED ACTION.

3. PLAINTIFF BELIEVES THAT CERTAIN RULES PER FEDERAL RULES OF CIVIL PROCEDURE AND MIDDLE DISTRICT OF PA LOCAL RULES MAY NOT HAVE BEEN COMPLIED WITH AND IS REQUESTING DOCKET COPIES FOR VERIFICATION.

4. THE COURT'S FILED DOCUMENTS OFTEN REFERENCE DOCUMENT NUMBERS AND PLAINTIFF DOES NOT HAVE REFERENCE AS TO WHICH NUMBERS REFER TO WHICH DOCUMENT AND REQUIRES NUMERICAL LISTING FOR EACH ACTION'S DOCUMENT'S SUBMITTAL.

5. PLAINTIFF IS NOT AN ATTORNEY AND, BEING COURT FORCED TO FUNCTION PRO SE, REQUIRES VERIFICATION OF DOCUMENTS FOR EACH OF PLAINTIFF'S ACTIONS REQUIREMENTS.

6. DOCKETING COPIES WERE SENT TO PLAINTIFF PREVIOUSLY WITHOUT CHARGE OR QUESTION AND PLAINTIFF DID NOT KNOW, PRIOR TO RECEIPT OF THOSE DOCKET COPIES, THAT DOCKETING COPIES WERE AVAILABLE AND SO REQUIRES A COPY OF EACH DOCKET'S SUBMITTALS WITH NUMBER SEQUENCING TO DATE TO USE FOR ABOVE STATED PURPOSES.

PLAINTIFF SUBMITS THIS RESPONSE TO THE COURT'S ORDER PURSUANT TO PRISON MAIL BOX RULE PER HOUSTON PRINCIPAL AND ADVISES THAT PLAINTIFF IS HABBEUS CORPUS FOR TRIAL IN COURTROOM 3 OF FEDERAL BUILDING JANUARY 8, 2001 AND HAS TRIAL JANUARY 22, 2001 AT ADAMS COUNTY COURTHOUSE AND WILL BE ON AUTHORIZED TEMPORARY ABSENCE.

RESPECTFULLY EXPLAINED,

*Geoffrey Willard Atwell*
GEOFFREY WILLARD ATWELL,
INDIGENT PRISONER PLAINTIFF IN
FORMA PAUPERIS & COURT REQUIRED
TO PROCEED PRO SE FOR CIVIL
ACTIONS NO. 1:CV99-0007, 1:CV99-0350,
1:CV99-1533 AND 1:CV00-0347