REPLY TO: GEOFFREY W. ATWELL
NO. EF 4571
SCI DALLAS
1000 FOLLIES RD. 1/9/1
DALLAS, PA 18612- 951

DECEMBER 20, 2000

CLERK OF COURT
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
P.O. BOX 983
HARRISBURG, PA 17108-0983

RE: DOCKETS NO. 1:CV99-0007, 1:CV99-0350, 1:CV99-1533
    COMPUTER PRINTOUTS OF DOCKETS WITH ENTRIES AND NUMBERS

DEAR CLERK OF COURT:

I AM AN INDIGENT PRISONER PLAINTIFF IN FORMA PAUPERIS AN
FORCED BY THE COURT TO FUNCTION PRO SE HEREBY REQUEST A COP
OF THE COMPUTERIZED NUMERICAL LISTING FOR EACH DOCKET SHOWING
ENTRIES, NUMBERS AND DATING.

PLEASE SEND TO THE UNDERSIGNED AT REPLY TO ADDRESS
AS SOON AS POSSIBLE.

THANK YOU FOR YOUR CO-OPERATION.

RESPECTFULLY REQUESTED,

GEOFFREY WILLARD ATWELL,
INDIGENT PRISONE PLAINTIFF
IN FORMER PAUPERIS FUNCTIONING
PRO SE FOR DOCKETS: 1:CV99-0007,
1:CV99-0350, 1:CV99-1533, &
1:CV00-0347

FILED
HARRISBURG
DEC 2 8 2000
MARY E. D'ANDREA, CLERK
Per_____ DEPUTY CLERK