IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Atwell v. Adams County Commissioners, et al.** | Civil No. 1:CV-99-0007 |
| **Atwell v. Smith, et al.** | Civil No. 1:CV-99-0350 |
| **Atwell v. Duran, et al.** | Civil No. 1:CV-99-1533 |
| **Atwell v. Duran, et al.** | Civil No. 1:CV-00-0347 |

# ORDER

Plaintiff previously requested free copies of the docket sheets in the captioned cases. Upon receipt of the request, this court ordered Plaintiff to submit in writing the reasons for his request. Plaintiff has done so; however, this court does not find Plaintiff's response acceptable. Nonetheless, **IT IS HEREBY ORDERED THAT** the Clerk of Court shall provide at no cost to Plaintiff copies of the docket sheets in the captioned cases. Plaintiff is admonished that even though he is proceeding pro se, he is not entitled to free copies of documents and records and none will be provided in the future.

SYLVIA H. RAMBO
United States District Judge

Dated: January 8, 2001.

FILED
JAN - 8 2001
PER
HARRISBURG, PA.   DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

January 8, 2001

Re:  1:00-cv-00347   Atwell v. Duran

True and correct copies of the attached were mailed by the clerk to the following:

    Geoffrey Willard Atwell
    No. EF 4571
    SCI Dallas
    1000 Follies Rd.
    Dallas, PA  18612

    David L. Schwalm, Esq.
    Thomas, Thomas & Hafer
    P.O. Box 999
    305 North Front St.
    Harrisburg, PA  17108

    R. Douglas Sherman, Esq.
    Attorney General's Office
    15th Floor
    Strawberry Square
    Harrisburg, PA  17120

```
cc:
Judge                           ( )
Magistrate Judge                ( )
U.S. Marshal                    ( )
Probation                       ( )
U.S. Attorney                   ( )
Atty. for Deft.                 ( )
Defendant                       ( )
Warden                          ( )
Bureau of Prisons               ( )
Ct Reporter                     ( )
Ctroom Deputy                   ( )
Orig-Security                   ( )
Federal Public Defender         ( )
Summons Issued                  ( )  with N/C attached to complt. and served by:
                                     U.S. Marshal ( )   Pltf's Attorney ( )
Standard Order 93-5             ( )
Order to Show Cause             ( )  with Petition attached & mailed certified mail
                                     to:  US Atty Gen  ( )   PA Atty Gen ( )
```

```
                                    DA of County    ( )   Respondents ( )
Bankruptcy Court        ( )
Other_____( )
                                                 MARY E. D'ANDREA, Clerk

DATE: ____1-8-01____             BY: _____(signature)_____
                                          Deputy Clerk
```