(48)

1-16-01
sc



**FILED**
**HARRISBURG**

JAN 1 2 2001

MARY E. D'ANDREA, CLERK
Per _____
　　　　DEPUTY CLERK



OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

U. S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

David L. Schwalm, Esq.
Thomas, Thomas & Hafer
P.O. Box 999
305 North Front St.
Harrisburg, PA  17108


Re: 1:00-cv-00347

------------------------------

------------------------------

Please file all pleadings directly with the Clerk's Office in which the assigned Judge is located. Do not file any courtesy copies with the Judge's Chambers.

| JUDICIAL OFFICERS: | CLERK'S OFFICE ADDRESS: |
|---|---|
| Judge Sylvia H. Rambo<br>Judge Yvette Kane<br>Judge William W. Caldwell<br>Magistrate Judge J. Andrew Smyser | U.S. District Court<br>228 Walnut Street<br>P.O. Box 983<br>Harrisburg, PA  17108 |
| Chief Judge Thomas I. Vanaskie<br>Judge A. Richard Caputo<br>Judge James M. Munley<br>Judge William J. Nealon<br>Judge Richard P. Conaboy<br>Judge Edwin M. Kosik<br>Magistrate Judge Raymond J. Durkin<br>Magistrate Judge Thomas M. Blewitt | U.S. District Court<br>235 N. Washington Ave.<br>P.O. Box 1148<br>Scranton, PA  18501 |
| Judge James F. McClure<br>Judge Malcolm Muir | U.S. District Court<br>240 West Third Street<br>Suite 218<br>Williamsport, PA  17701 |

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Atwell v. Adams County Commissioners, et al.** | Civil No. 1:CV-99-0007 |
| **Atwell v. Smith, et al.** | Civil No. 1:CV-99-0350 |
| **Atwell v. Duran, et al.** | Civil No. 1:CV-99-1533 |
| **Atwell v. Duran, et al.** | Civil No. 1:CV-00-0347 |

## ORDER

Plaintiff previously requested free copies of the docket sheets in the captioned cases. Upon receipt of the request, this court ordered Plaintiff to submit in writing the reasons for his request. Plaintiff has done so; however, this court does not find Plaintiff's response acceptable. Nonetheless, **IT IS HEREBY ORDERED THAT** the Clerk of Court shall provide at no cost to Plaintiff copies of the docket sheets in the captioned cases. Plaintiff is admonished that even though he is proceeding pro se, he is not entitled to free copies of documents and records and none will be provided in the future.

SYLVIA H. RAMBO
United States District Judge

Dated: January 8, 2001.

FILED
JAN - 8 2001
PER _____
HARRISBURG, PA   DEPUTY CLERK