OFFICE OF THE CLERK

**MARCIA M. WALDRON**
CLERK

**UNITED STATES COURT OF APPEALS**
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790
Website: pacer.ca3.uscourts.gov

TELEPHONE
215-597-2995

RECEIVED
JAN 26 2001
HARRISBURG, PA.
PER _____ DEPUTY CLERK

**M.D. Pa. (Harrisburg)** / Clerk of District Court
(District)

Date  01/16/01

**Atwell v. Duran, et al.**
(Caption)

C. OF A. NO.  00-3862

**Geoffrey Willard Atwell**
(Appellant)

RECEIVED
SCRANTON
JAN 22 2001
PER _____ DEPUTY CLERK

00-cv-00347  J. Rambo
(D.C. No.)

Enclosures:
01/16/01
_____ Certified copy of C. of A. Order by the Court/Clerk
(Date)

_____ Released (Record) (Supplemental Record - First - Second - Third)

_____ Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not released at this time until appeal(s) closed at No. (s) _____

_____ Please forward Certified List in Lieu of Record to this office.

_____ The certified copy of order issued as the mandate on _____ is recalled.

Cynthia L. Jones           267-299-7915
Administrative Manager     Telephone Number

Receipt Acknowledge:

ack'd
(Name)

1-26-01
(Date)

Rev. 7/7/00
Appeals (Certified List in Lieu of Record)

O:/dmg/forms/orderltrfrm

EPS-117                                               January 10, 2000

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. 00-3862

GEOFFREY WILLARD ATWELL

vs.

THOMAS V. DURAN, ET AL.

(M.D.Pa. Civ. No. 00-cv-00347)

FILED
HARRISBURG, PA
JAN 26 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

Present:   Marcia M. Waldron, Clerk

Submitted is appellant's motion for leave to appeal in forma pauperis and affidavit in support thereof, pursuant to Rule 24, Federal Rules of Appellate Procedure,

in the above-captioned case.

MMW/CLJ

### ORDER

The foregoing motion to proceed in forma pauperis is granted. Appellant filed a notice of appeal on **November 15, 2000**. Appellant is a prisoner and seeks to proceed in forma pauperis on appeal. Appellant is required to pay the full $105.00 fee in installments regardless of the outcome of the appeal. Appellant has completed and filed the required authorization form permitting the appropriate prison officials to assess, collect and forward to the District Court the filing and docketing fees for this appeal pursuant to 28 U.S.C. §§ 1915(b)(1) and (2). The Court hereby directs the warden or his or her designee to assess an initial filing fee of 20% of the greater of (a) the average monthly deposits to the prisoner's account; or (b) the average monthly balance in the prisoner's account for the six month period immediately preceding the filing of the notice of appeal. The warden, or his or her designee, shall calculate, collect, and forward the initial payment assessed in this order to the **Clerk of the Middle District of Pennsylvania (Harrisburg)**. In each succeeding month when the amount in the prisoner's account exceeds $10.00, the warden, or his or her designee, shall forward payments to the **Clerk of the Middle District of Pennsylvania (Harrisburg)** equaling 20% of the preceding month's income credited to the prisoner's account until the fees are paid. Each payment shall reference the appellate docket number for this appeal.

EPS-117

       The foregoing motion to proceed in forma pauperis is granted. This appeal will be submitted to a panel of the Court for determination under 28 U.S.C. § 1915(e)(2). The Court will also consider appellant's motion for appointment of counsel, as well as any other appropriate action such as affirmance of the order of the District Court. See Third Circuit Internal Operating Procedure 10.6.

A True Copy

*Cynthia L. Jones*
Deputy Clerk

For the Court,

*Marcia M Waldron*
Clerk

Dated: JAN 1 6 2001

clj /cc: GWA, DLS, RDS