50
5/4/01

```
Thu May  3 15:17:58 2001

UNITED STATES DISTRICT COURT
    SCRANTON      , PA

Receipt No.   111 133828
Cashier       pamela

Tender Type  CHECK

Check Number: 18493

Transaction Type   AR

D0 Code    Div No    Acct
 4667        1      0869PL

Amount         $     5.29

SCI DALLAS DALLAS PA FOR G. ATWELL

PARTIAL APPEAL FEE
```

FILED
HARRISBURG

MAY 0 3 2001

MARY E. D'ANDREA, CLERK
Per
            DEPUTY CLERK

partial appeal fee
00-347