```
Fri May  3 14:33:03 2002

UNITED STATES DISTRICT COURT
SCRANTON        , PA

Receipt No.  111 136376
Cashier       pamela

Tender Type   CHECK
```

FILED
HARRISBURG
MAY 0 3 2002
MARY E. D'ANDREA, CLERK
For _____
     DEPUTY CLERK

00-347
partial appeal
fee