53
6/7/0[..]

```
Thu Jun  6 14:52:54 2002

UNITED STATES DISTRICT COURT

SCRANTON       , PA

Receipt No.  111 136581
Cashier        jill

Tender Type  CHECK

Check Number: 28111

Transaction Type  AR

DØ Code    Div No    Acct
4667        1        0869PL

Amount         $    3.17

SCI DALLAS, DALLAS, PA 18612

PARTIAL FILING FEE FOR APPEAL IN 1:C
V-00-347


cn
```

**FILED**
HARRISBURG, PA

JUN 6 2002

MARY E. D'ANDREA, CLERK
Per _____
     Deputy Clerk

partial appeal
fee en 00-347