SUPREME COURT OF THE UNITED STATES
OFFICE OF THE CLERK
WASHINGTON, D. C. 20543



FILED
HARRISBURG, PA
AUG 2 7 2002
MARY E. D'ANDREA, CLERK
Per_____ Deputy Clerk

August 16, 2002

Clerk
United States Court of Appeals for
the Third Circuit
601 Market Street, Room 21400
Philadelphia, PA 19106

RECEIVED
AUG 19 2002
U.S.C.A. 3rd. CIR.

Re:   Geoffrey Willard Atwell
      v. Thomas V. Duran, et al.
      No. 02-5849
      (Your No. 00-3862)

Dear Clerk:

   The petition for a writ of certiorari in the above entitled case was filed August 9, 2002 and placed on the docket August 15, 2002 as No. 02-5849.

                              Sincerely,

                              William K. Suter, Clerk

                              by
                              Loretta S. Ruffin
                              Assistant