SUPREME COURT OF THE UNITED STATES
OFFICE OF THE CLERK
WASHINGTON, D. C. 20543



October 15, 2002

Clerk
United States Court of Appeals for
the Third Circuit
601 Market Street, Room 21400
Philadelphia, PA 19106

FILED
HARRISBURG, PA

DEC 09 2002
MARY E. D'ANDREA, CLERK
Per _____

Re: Geoffrey Willard Atwell
v. Thomas V. Duran, et al.
No. 02-5849
(Your No. 00-3862)

00-CV-00347
J. Rambo

Dear Clerk:

The Court today entered the following order in the above entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

William K. Suter

William K. Suter, Clerk