```
Mon Jan  6 14:09:15 2003

UNITED STATES DISTRICT COURT
     SCRANTON      , PA

Receipt No.   111 137902
Cashier       pamela

Tender Type  CHECK

Check Number: 32669

Transaction Type  AR

DO Code    Div No     Acct
4667         1        0869PL

Amount            $    2.59

STATE CORR INSTITUTION DALLAS, PA  1
8612

PARTIAL APPEAL FEE IN 00-CV-0347 APP
EAL NO 3862



bn
```

FILED
HARRISBURG
JAN 0 6 2003
MARY E. D'ANDREA, CLERK
Per _____
       Deputy Clerk

00-347
partial fee
appeal #
00-3862