```
Fri Feb 28 10:52:11 2003

UNITED STATES DISTRICT COURT
    SCRANTON         , PA

Receipt No.   111 138231
Cashier           pamela

Tender Type  CHECK

Check Number: 33874

Transaction Type   AR

DB Code    Div No    Acct
4667         1       086991

Amount               $    4.78

STATE CORR INST DALLAS DALLAS PA RE
G. ATWELL

PARTIAL APPEAL FEE IN 00-CV-347
```

**FILED**
HARRISBURG, PA

FEB 28 2003

MARY E. D'ANDREA, CLERK
Per _____