**FILED**
**HARRISBURG**

JUL - 2 2003

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

Wed Jul  2 14:15:49 2003

UNITED STATES DISTRICT COURT

SCRANTON    , PA

Receipt No.   11(.138999
Cashier        pamela

Tender Type  CHECK

Check Number: 36858

Transaction Type   AR

DØ Code     Div No      Acct
4667          t        0869PL

Amount              $      0.76

SCI DALLAS DALLAS, PA  18612

PARTIAL APPEAL FEE IN 00-CV-347 APPE
AL NO 00-3862


bn

00-347
partial appeal fee