*OFFICE OF THE CLERK*

UNITED STATES DISTRICT COURT

*for the*

**MIDDLE DISTRICT of PENNSYLVANIA**

*William J. Nealon Federal Bldg. & U.S. Courthouse*
*235 North Washington Avenue*
*P.O. Box 1148*
*Scranton, PA 18501-1148*

*(570) 207-5600  FAX (570) 207-5650*
*Internet address: www.pamd.uscourts.gov*



**MARY E. D'ANDREA**
*Clerk of Court*

*Divisional Offices*

*Harrisburg:   (717) 221-3920*
*Williamsport: (570) 323-6380*

September 23, 2003

Inmate Accounts
SCI-Dallas
1000 Follies Rd
Dallas, PA 18612

**FILED**
**SCRANTON**
SEP 2 3 2003
PER_____
DEPUTY CLERK

(1:00-347)

Re: CA 00-3862
    Atwell v Duran, et al

To Whom It May Concern:

Please be advised that our records in the above captioned case for Geoffrey Atwell EF-4571, indicates that Mr. Atwell has a balance of $88.37.

If I can be of any further assistance, please feel free to contact me at 570-207-5664.

Sincerely,

Mary E. D'Andrea
Clerk

By: *[signature]*
Nancy A. Edmunds
Financial Specialist

Reply to: GEOFFREY WILLARD ATWELL
SCI DALLAS
1000 FOLLIES Rd.
DALLAS, PA 18612-5515

SEPTEMBER 17, 2003

MANAGER OF IN FORMA PAUPERIS ACCOUNTS
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT FOR MIDDLE DISTRICT OF PENNSYLVANIA
P.O. BOX 1148
SCRANTON, PA 18501-1148

Re: IFP BALANCE STATUS FOR DOCKETS LISTED BELOW

DEAR IFP ACCOUNTS MANAGER:

AS A PLAINTIFF AND APPELLANT FOR THE FOLLOWING DOCKETS AS LISTED FOR DISTRICT AND APPEALS COURTS AND HAVING BEEN GRANTED IN FORMA PAUPERIS STATUS, WOULD YOU PLEASE HAVE SENT TO PLAINTIFF/APPELLANT AT THE ABOVE REPLY TO ADDRESS THE OUTSTANDING BALANCES OWED FOR EACH OF THE BELOW LISTED DOCKETS/COURT:

1. DOCKET 1:CV98-1910
2.    "    1:CV98-1911
3.    "    1:CV98-2041
4.    "    1:CV99-0207
5.    "    1:CV99-1533
6.    "    1:CV00-0347

ALL U.S. DISTRICT COURT MIDDLE DISTRICT OF PA FILED @ HARRISBURG
ALL AS PLAINTIFF

7. ~~DOCKET 00-3862~~
8.    "    00-3871
9.    "    00-2287
10.   "    00-4136
11.   "    01-4161
12.   "    01-1209
13.   "    01-2155

ALL UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT FILED APPEALS @ HARRISBURG DISTRICT COURT & GRANTED IFP FOR A.
ALL AS APPELLANT

PLAINTIFF/APPELLANT IS UNABLE TO OBTAIN THAT INFORMATION FROM PA D.O.C. AS PA D.O.C. IS DEDUCTING AMOUNTS FROM PLAINTIFF/APPELLANT'S Idle PAY.

PLEASE ADVISE TO ABOVE REPLY TO INFORMATION.

THANK YOU,

Geoffrey Willard Atwell
GEOFFREY WILLARD ATWELL,
PLAINTIFF/APPELLANT