OFFICE OF THE CLERK

## UNITED STATES DISTRICT COURT
*for the*
### MIDDLE DISTRICT of PENNSYLVANIA
William J. Nealon Federal Bldg. & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

(570) 207-5600  FAX (570) 207-5650
Internet address: www.pamd.uscourts.gov



**MARY E. D'ANDREA**
*Clerk of Court*

*Divisional Offices*

*Harrisburg: (717) 221-3920*
*Williamsport: (570) 323-6380*

September 23, 2003

Inmate Accounts
SCI-Dallas
1000 Follies Rd
Dallas, PA 18612

FILED
SCRANTON
SEP 23 2003
PER_____
DEPUTY CLERK

Re: CV 00-0347
    Atwell v Duran, et al

To Whom It May Concern:

Please be advised that our records in the above captioned case for Geoffrey Atwell EF-4571, indicates that Mr. Atwell has a balance of $150.00.

If I can be of any further assistance, please feel free to contact me at 570-207-5664.

Sincerely,

Mary E. D'Andrea
Clerk

By: *[signature]*
Nancy A. Edmunds
Financial Specialist

Reply to: Geoffrey Willard Atwell
No. EF 4571
SCI Dallas
1000 Follies Rd.
Dallas, PA 18612-9515

September 17, 2003

Manager of In Forma Pauperis Accounts
Office of the Clerk
United States District Court for Middle District of Pennsylvania
P.O. Box 1148
Scranton, PA 18501-1148

Re: IFP Balance Status for Dockets Listed Below

Dear IFP Accounts Manager:

As a Plaintiff and Appellant for the following dockets as listed for District and Appeals Courts and having been granted in forma pauperis status, would you please have sent to Plaintiff/Appellant at the above reply to address the outstanding balances owed for each of the below listed dockets/court:

1. Docket 1:CV98-1910  ⎫
2.   "    1:CV98-1911  ⎪  All U.S. District Court
3.   "    1:CV98-2041  ⎬  Middle District of PA
4.   "    1:CV99-0007  ⎪  Filed @ Harrisburg
5.   "    1:CV99-1533  ⎪  All as Plaintiff
6.   "    1:CV00-0347  ⎭

7. Docket 00-3862  ⎫
8.   "    00-3871   ⎪  All United States Court of Appeals
9.   "    00-2287   ⎪  For the Third Circuit
10.  "    00-4136   ⎬  Filed Appeals @ Harrisburg District
11.  "    01-4161   ⎪  Court & Granted IFP Phila.
12.  "    01-1209   ⎪  All as Appellant
13.  "    01-2155   ⎭

Plaintiff/Appellant is unable to obtain that information from PA D.O.C. as PA D.O.C. is deducting amounts from Plaintiff/Appellant's idle pay.

Please advise to above reply to information.

Thank you,

Geoffrey Willard Atwell
Geoffrey Willard Atwell,
Plaintiff/Appellant