REPLY TO: GEOFFREY W. ATWELL
c/o 335 E. LANCASTER AVE
UNIT No. 6C
DOWNINGTOWN, PA
19335-2906

MAY 10, 2004

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT FOR MIDDLE DISTRICT OF PA
P.O. BOX 983
HARRISBURG, PA 17108-0983

FILED
HARRISBURG, PA
MAY 14 2004
MARY E. D'ANDREA, CLERK
Per _____ DAA
        Deputy Clerk

Re: ADDRESS CHANGE GEOFFREY W(ILLARD) ATWELL
    DOCKET(s) NO. 1:CV98-1910, 1:CV98-1911, 1:CV98-2041,
    1:CV99-0007, 1:CV98-0350, 1:CV-1533,
    1:CV00-0347, 1:CV03-1728

DEAR CLERK'S OFFICE:

PLEASE BE ADVISED THAT PLAINTIFF/APPELLANT/PETITIONER/
DEFENDANT FOR REFERENCED DOCKET(S) NUMBER(ED) WILL
REQUIRE, EFFECTIVE MAY 19, 2004, THAT ALL U.S. MAIL, MAILED
MAY 19, 2004 AND SUBSEQUENTLY, BE SENT AS FOLLOWS:

GEOFFREY W(ILLARD) ATWELL
c/o 335 E. LANCASTER AVE. UNIT No. C6
DOWNINGTOWN, PA 19335-2906

ALL MAILINGS WITH U.S. POSTAL SERVICE AFTER MAY 19, 2004
TO SCI DALLAS WILL BE "RETURNED TO SENDER" AS PLAINTIFF/
APPELLANT/PETITIONER/DEFENDANT HAS SO NOTIFIED ALL CONCERNED
PARTIES THAT ADDRESS CHANGE IS EFFECTIVE MAY 19, 2004.

THANK YOU FOR YOUR CO-OPERATION.

/s/ Geoffrey Willard Atwell
GEOFFREY W(ILLARD) ATWELL
PLAINTIFF/APPELLANT/PETITIONER/DEFENDER/VICTIM/COMPLAINANT/
AFFIANT

Name GEOFFREY W. ATWELL
Number EF4571
State Correctional Institution at Dallas
1000 Follies Road, Dallas, Pa. 18612

OFFICE OF THE CLERK OF COURTS
UNITED STATES DISTRICT COURT
FOR MIDDLE DISTRICT OF PENNSYLVANIA
P.O. Box 983
HARRISBURG, PA 17108-0983

17108+0983 11

(Delivered to wrong address)

